IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JENNIFER HOOVER, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-255 |
| v. | |
| CAY INSURANCE SERVICES, and PALMER & CAY, LLC, | |
| Defendants. | |

**O R D E R**

Defendants filed a Joint Motion to Stay Discovery, pending resolution of their motions to dismiss. Doc. 20. Plaintiff has not responded, and the time to do so has elapsed. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the discovery obligations and deadlines in this case, pending resolution of Defendants' motions to dismiss. Should this case remain pending after resolution of Defendants' motions for dismissal, this stay shall lift automatically. The parties are to submit a revised 26(f) report within 21 days of that ruling.

**SO ORDERED**, this 3rd day of February, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA